# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-23-00409-CV

### Queen Graphics & Printworks Inc., Appellant

### v.

### Eric Guerra d/b/a Lonestar Mailing Solutions, Appellee

---

**FROM COUNTY COURT AT LAW NO. 1 OF TRAVIS COUNTY
NO. C-1-CV-20-002888, THE HONORABLE TODD T. WONG, JUDGE PRESIDING**

---

## MEMORANDUM OPINION

The clerk's record in this appeal was due for filing in this Court on April 18, 2023. On September 18, 2023, we notified appellant that no clerk's record had been filed due to its failure to pay or make arrangements to pay the trial clerk's fee for preparing the clerk's record. The notice requested that appellant make arrangements for the clerk's record and submit a status report regarding this appeal by September 28, 2023. Further, the notice advised appellant that its failure to comply with this request could result in the dismissal of the appeal for want of prosecution. To date, appellant has not filed a status report or otherwise responded to this Court's notice, and the clerk's record has not been filed.

If a trial-court clerk fails to file the clerk's record due to an appellant's failure to pay or make arrangements to pay for the clerk's fee for preparing the record, the appellate court may dismiss the appeal for want of prosecution unless the appellant was entitled to proceed without payment of costs. Tex. R. App. P. 37.3(b). In this case, appellant has not established

that it is entitled to proceed without payment of costs.  *See* Tex. R. Civ. P. 145.  Because appellant has failed to pay or make arrangements to pay the clerk's fee for preparing the clerk's record, this appeal is dismissed for want of prosecution.

_____

Chari L. Kelly, Justice

Before Chief Justice Byrne, Justices Kelly and Theofanis

Dismissed for Want of Prosecution

Filed:  October 13, 2023